Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JOHNSON, individually; VICTORIA JONES JOHNSON, individually;<br><br>Plaintiffs<br><br>v.<br><br>KIDUS ABEYNEH, individually; LYFT, INC., a Delaware Corporation doing business as LYFT; DOES I - V, and ROE Corporations VI – X; inclusive,<br><br>Defendants | Case No. 2:24-cv-01394-CDS-BNW<br><br>**STIPULATION AND ORDER TO REMAND** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Steven Johnson and Victoria Jones Johnson ("Plaintiffs"), and Defendant, Lyft, Inc. ("Lyft")(Plaintiffs and Lyft, collectively, the "Parties"), by and through their undersigned counsel, as follows:

1. On July 15, 2024, Plaintiffs filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-897481-C, Department 20;

2. On July 29, 2024, Lyft filed a Petition for Removal to remove this matter to this Court on the basis of diversity jurisdiction [ECF No. 1]; and

3. Plaintiffs have since stipulated that their damages do not exceed $75,000.00.

NOW, THEREFORE, based on the above recitals, the Parties agree that this matter is remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-897481-C, Department 20.

Dated this 8th day of August 2024

**BENSON ALLRED**

/s/Joshua L. Benson, Esq.
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 North Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: 702-820-0000
*Attorney for Plaintiffs*

Dated this 8th day of August 2024

**REISMAN SOROKAC**

/s/Louis E. Garfinkel, Esq.
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
*Attorneys for Defendant, Lyft, Inc.*

## ORDER

IT IS SO ORDERED.

The Clerk of Court is kindly instructed to remand Case No. A-24-897481-C to the Eighth Judicial District Court, Department 20, and to close this case.

_____
UNITED STATES DISTRICT JUDGE

August 13, 2024
DATE